Carmen O. Haynes
2443 Fillmore, #194
San Francisco, Ca 94115
(415)424-0283
In Pro Per

Gregory M. Haynes
2443 Fillmore, #194
San Francisco, Ca 94115
(415)546-0777
In Pro Per



United States District Court
Northern District of California

Case No. 3:19 cv 01002 RS

Stipulation and [Proposed] Order

Carmen O. Haynes, et a.

V.

City of Colusa, et al.

The parties hereby stipulate that the opposition to the motion to dismiss originally filed Feb 28, 2019 and re-noticed on March 12, 2019 will be due March 28, 2019 with the reply due April 4, 2019.

DATED March 14, 2019

Carmen O. Haynes
In Pro Per

IT IS SO ORDERED
Judge Richard Seeborg
Dated: 3/15/19